UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIGGS ET AL. | CIVIL ACTION |
| VERSUS | NO: 12-2145 c/w 13-5335, 13-5342 |
| | APPLIES TO 13-5342 |
| PHEBUS ET AL. | SECTION: "J" (4) |

### ORDER

**IT IS ORDERED** that Plaintiff's *Response to Defendants Second Motion in Limine* **(Rec. Doc. 248)** shall be sealed.

New Orleans, Louisiana this the 6th day of May, 2014.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE